

RECEIVED
IN MONROE, LA
MAR 0 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LU XIAO GANG | CIVIL ACTION NO. 06-1456 |
| A 70 852 265 | SECTION P |
| VS. | JUDGE JAMES |
| ALBERTO GONZALES, ET AL. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 28 day of February, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE